

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

December 8, 2020

**MEMO ENDORSED**

**BY ECF**

Hon. Barbara C. Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:  *Melendez v. Comm'r of Soc. Sec.*, No. 20 Civ. 6695 (BCM)

Dear Judge Moses:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny his application for Social Security disability benefits.

      I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from December 9, 2020, to February 8, 2021. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

      The plaintiff consents to this request for an extension, and this is the first request for an extension of time in in this case. I thank the Court for its consideration of this request.

      Respectfully,

      AUDREY STRAUSS
      Acting United States Attorney

       /s/ Amanda F. Parsels
BY:   AMANDA F. PARSELS
      Assistant United States Attorney
      Tel.: (212) 637-2780
      Cell: (646) 596-1952
      Email: amanda.parsels@usdoj.gov

cc:          Howard Olinksy, Esq. (by ECF)
*Attorney for Plaintiff*

> Application GRANTED. No further extensions of the deadline to file the certified administrative record will be granted absent compelling circumstances. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> December 9, 2020