UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REINALDO FLORES MELENDEZ,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

20-CV-6695 (BCM)

**ORDER**

USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 7/15/21

**BARBARA MOSES, United States Magistrate Judge.**

The Commissioner filed the administrative record on April 12, 2021. (Dkt. No. 21.) Pursuant to the Court's Scheduling Order dated September 23, 2020 (Dkt. No. 13), the parties were directed to file a stipulation or joint letter no later than 60 days after the administrative record was filed. (*Id.* ¶¶ 5-7.) Although that deadline has now passed, no stipulation or joint letter has been filed. The parties shall do so no later than **August 16, 2021**.

Dated: New York, New York
       July 15, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**