**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
REINALDO FLORES MELENDEZ,

                      Plaintiff,

-against-                               20 **CIVIL** 6695 (BCM)

                                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 28, 2022, plaintiff's motion is DENIED, the Commissioner's motion is GRANTED, and this action is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 29, 2022

                                                             **RUBY J. KRAJICK**
                                                              **Clerk of Court**
                                       **BY:**    *K. Mango*
                                                              **Deputy Clerk**